IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **V.** | : | **CRIMINAL NUMBER 19-501-1** |
| | : | |
| **JOAN BROWN** | : | |

### O R D E R

**AND NOW** this 13th day of July 2021, upon consideration of the Defendant's Unopposed Motion for Extension of Self-Surrender Date and it appearing that the interests of justice would be served by such an extension, it is hereby **ORDERED** that the Motion is **GRANTED**. The surrender date of July 19, 2021, previously imposed on May 20, 2021, is hereby extended to August 23, 2021. Joan Brown shall self-surrender on that date to the facility designated by the United States Bureau of Prisons.

BY THE COURT:

_____
**THE HONORABLE JOSHUA D. WOLSON**
**United States District Court Judge**