IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 19-cr-501** |
| : | |
| v. : | |
| : | |
| **JOAN BROWN** : | |

**ORDER**

**AND NOW**, this 21st day of April, 2022, upon consideration of Defendant's Emergency Motion For Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) Pursuant To The First Step Act Of 2018 (ECF No. 33) and her Counseled Supplemental Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 36), the Court notes as follows.

1. Defendant's original and supplemental motion for compassionate release were premised on Defendant's belief (based on blood test results from October 2021) that she has lymphoma.

2. Since that time, Defendant has met with an oncologist and has had additional blood work done. Defendant's most recent health record from April 15, 2022, from the Bureau of Prisons indicates that while Defendant suffers from other illnesses, she does not have lymphoma.

3. To the extent Defendant intends to seek compassionate release based on any additional health issues, she must comply with the administrative exhaustion requirements set forth in 18 U.S.C. § 3582(c)(1)(A).

In light of the foregoing, it is **ORDERED** that Defendant's Emergency Motion For Compassionate Release Under 18 U.S.C. § 3582(c)(1)(A)(i) Pursuant To The First Step Act Of

2018 (ECF No. 33) and her Counseled Supplemental Motion To Reduce Sentence Pursuant To 18 U.S.C. § 3582(c)(1)(A)(i) (ECF No. 36) are **DENIED**.

                                                                   **BY THE COURT:**

                                            */s/  Joshua D. Wolson*
                                            **JOSHUA D. WOLSON, J.**